UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In re:

New Grange, Inc.

Bky. 11-43417-DDO
Ch. 11

Debtor.

**ORDER AUTHORIZING DEBTORS TO PAY
PRE-PETITION WAGES AND EMPLOYEE COMPENSATION**

This case came on for hearing before the court upon the motion of New Grange, Inc. for an order authorizing the debtor to pay prepetition wages and other employee compensation; and it appearing that the relief requested is necessary to preserve the debtor's ongoing operations, and is in the best interests of the debtor's estate and its creditors; and in light of the expedited nature of the relief requested and it appearing that sufficient notice has been given; and appearances having been noted as on the record; and the court having determined that the interim relief requested is necessary to avert a serious threat to the debtor's efforts in this case,

IT IS ORDERED:

1. The debtor's motion for an expedited relief is granted;

2. The debtor's motion is granted in its entirety, and the debtor is hereby authorized to pay pre-petition wages and employee compensation as described in the motion to the non-insider employees listed below, to the extent that such claims do not exceed the limits set forth in 11 U.S.C. § 507(a)(4)

Lee Johnson
965 Laurel Ave
St. Paul, MN  55104
Owed: $1178.76

Katie Troutman
965 Laurel Ave
St. Paul, MN  55104
Owed: $2059.70

Molly Ahern
10314 Arrowwood Drive
Eden Prairie, MN 55347
Owed: $1325.12

Lisa Dodd
987 Fuller Ave
St. Paul, MN 55104
Owed: $1327.75

Sergio Carbajal
10632 River View Place
Coon Rapids, MN 55433
Owed: $1125.62

Dave Ahern
567 Witt Court
Vadnais Heights, MN 55127
Owed: $2301.96

Brian Jaedike
11110 Sweetwater Path
Woodbury, MN 55123
Owed: $2987.97

Rashanda Copper
804 27th Ave NE #2
Minneapolis, MN 55418
Owed: $262.21

Patrick Abudo
3536 N Emerson Ave
Minneapolis, MN 55412
Owed: $172.77

Megan Anderson
3824 26th Ave S
Minneapolis, MN 55406
Owed: $188.90

Marco Aucapina
1122 23rd St NE, Apt 1
Minneapolis, MN 55418
Owed: $199.67

Francisco Campos
2718 Chicago Ave S
Minneapolis, MN 55407
Owed: $426.74

Enrique Carbajal
10632 Riverview Pl NW
Coon Rapids, MN 55433
Owed: $343.90

Silvia Chaves
10632 Riverview Pl NW
Coon Rapids, MN 55433
Owed: $814.37

Daniel Cornforth
2645 Dupont Ave S, Apt 1
Minneapolis, MN 55408
Owed: $227.58

Donny Fisch
8133 E Bloomington Fr, Apt 101
Bloomington, MN 55420
Owed: $439.21

Joshua Florhaug
8260 N. Hayden Rd
Scottsdale, AZ 85258
Owed: $144.93

Manuel Guallpa
2729 Park St
Minneapolis, MN
Owed: $336.96

Maria Guasco
2929 14th Ave A
Minneapolis, MN 55408
Owed: $288.80

Kevin Harrington
1100 18th Ave SE #3
Minneapolis, MN 55414
Owed: $286.90

Israel Hernandez
2200 Pillsbury Ave
Minneapolis, MN 55408
Owed: $526.70

Christopher Hershey
8355 Valentine Terrace
Bloomington, MN 55431
Owed: $124.20

Melissa Holland
2608 Pillsbury Ave S, #2
Minneapolis, MN 55408
Owed: $302.11

Walter Hornbrook
3914 29th Ave S
Minneapolis, MN 55406
Owed: $284.52

Kaitlin Karow
1540 Thomas Lake Pointe Rd
Eagan, MN 55122
Owed: $534.80

Emily Kudrie
10300 Little Road
Bloomington, MN 55437
Owed: $319.32

Jennifer Kudrie
1300 Yale Place, Apt. 230
Minneapolis, MN 55403
Owed: $429.74

Kyle Kudrie
3354 Alden Pool Lane
Eagan, MN 55121
Owed: $248.04

James Kuettner
2011 3rd Ave S, Apt 110
Minneapolis, MN
Owed: $96.60

Thomas Murphy
2103 W 90th St, #2
Bloomington, MN 55431
Owed: $254.26

Abraham Nunez
10632 Riverview Pl NM
Coon Rapids, MN 55433
Owed: $824.69

Mark Nusbaum
2216 Buckingham Lane
Moundsview, MN 55112
Owed: $259.84

Rachel Odean
11500 Keating Ave
Burnsville, MN 55337
Owed: $330.24

Joaquin Palmer
3916 Grand Ave, Apt. 1
Minneapolis, MN 55409
Owed: $274.99

Polinario Pauta
118 29th
Minneapolis, MN 55408
Owed: $451.35

Maria Sanchez
3500 Oakland Ave, #2
Minneapolis, MN 55407
Owed: $355.60

David Schaefer
4501 78th Ave
Brooklyn Park, MN 55443
Owed: $278.18

TaVanni Singleton
225 15th St W, #409
Minneapolis, MN 55403
Owed: $476.80

Leobarda Vasquez
2743 11th Ave S, Apt 13
Minneapolis, MN 55407
Owed: $430.95

Alexandra Siguencia
952 Lory Ave NE
Minneapolis, MN 55418
Owed: $219.68

Justin Smith
3214 31st Ave S
Minneapolis, MN 55406
Owed: $438.77

Victor Villafan
7332 5th Ave S
Richfield, MN 55423
Owed: $438.60

Rosa Simbaina-Naula
118 29th
Minneapolis, MN 55408
Owed: $424.26

William Smith
257 Lafayette Ave, #201
Buffalo, MN 14213
Owed: $398.94

Dated: May 20, 2011.

/e/ Dennis D. O'Brien

Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/20/2011*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk