B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of Minnesota | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**New Grange, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba The Melting Pot** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **20-8221308** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**80 S 9th St**<br>**Minneapolis, MN**<br>ZIPCODE **55402** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Hennepin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**11110 Sweet Water Path**<br>**Woodbury, MN**<br>ZIPCODE **55129** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**80 S 9th St, Minneapolis, MN**<br>ZIPCODE **55402** | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [x] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**New Grange, Inc.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)                    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

    ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)                                                                                    Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **New Grange, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Ann Johnson**
Signature of Attorney for Debtor(s)

**Ann Johnson 0390400**
**MLG Bankruptcy Group, PLLC.**
**7241 Ohms Lane, Suite 275**
**Edina, MN  55439**
**(952) 841-0000  Fax: (952) 832-0020**
**ajohnson@morrislawmn.com**

**May 27, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David Ahern**
Signature of Authorized Individual

**David Ahern**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**May 27, 2011**
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of Minnesota

**IN RE:**

Case No. **11-43417**

**New Grange, Inc.**

Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Internal Revenue Service Centralized Insolvency P.O. Box 7346 Philadelphia, PA  19101-7346 | | Tax | | 600,000.00 |
| Advanced Restaurant Finance 3 Waters Park Dr. #231 San Mateo, CA  94403-1169 | | Trade debt | | 195,000.00 |
| Minnesota Department Of Revenue Bankruptcy Section P.O. Box 64447-BKY St. Paul, MN  55164-0447 | | Tax | | 62,933.78 |
| Metro Retail 50 Groveland Terrace, Suite A Minneapolis, MN  55403-1100 | | Trade debt | | 46,120.34 |
| Minnesota Twins 1 Twins Way Minneapolis, MN  55403 | | Trade debt | | 35,623.00 |
| Minnesota Department Of Revenue Bankruptcy Section P.O. Box 64447-BKY St. Paul, MN  55164-0447 | | Tax | | 34,862.91 |
| MSP Communications 220 South Sixth Street, Suite 500 Minneapolis, MN  55402 | | Trade debt | | 26,985.00 |
| Aurora Loan Services PO Box 1706 Scottsbluff, NE  69363-1706 | | Note | | 25,734.99 |
| Skjold-Barthel 222 9th Street South, #3220 Minneapolis, MN  55402-3398 | | Trade debt | | 20,195.32 |
| Bix Produce 1415 L'Orient Street St. Paul, MN  55117 | | Trade debt | | 19,224.93 |
| Associated Bank 740 Marquette Avenue South Minneapolis, MN  55402-2303 | | Credit Card | | 10,598.00 |
| Volkswagen Credit PO Box 17497 Baltimore, MD  21297-1497 | | Trade debt | | 8,296.21 Collateral: 0.00 Unsecured: 8,296.21 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Luxury Media Group**<br>**Mary-Jo Jensen Carter, Trustee**<br>**1257 Gun Club Road**<br>**White Bear Lake, MN  55110** | **Trade debt** | **7,500.00** |
| First Data Merchant Group<br>5565 Glenridge Connector NE, Suite 2000<br>Atlanta, GA  30342 | **Trade debt** | **7,387.69** |
| **General Casualty**<br>**PO Box 3109**<br>**Milwaukee, WI  53201-3109** | **Trade debt** | **7,312.15** |
| **Curtiss 1000**<br>**2300 Main Street**<br>**Lino Lakes, MN  55038** | **Trade debt** | **5,848.85** |
| **Domace Vino, LLC**<br>**106 West Water Street**<br>**St. Paul, MN  55107** | **Trade debt** | **5,342.00** |
| **Small Business Consulting**<br>**8701 Hillview Drive East**<br>**St. Bonifacius, MN  55375** | **Trade debt** | **5,288.00** |
| **Tiger Oak Publications**<br>**900 South 3rd Street**<br>**Minneapolis, MN  55415** | **Trade debt** | **5,265.69** |
| **St. Paul Saints**<br>**1771 Energy Park Drive**<br>**St. Paul, MN  55108-2720** | **Trade debt** | **5,000.00** |
| **Saint Paul Saints**<br>**1771 Energy Park Drive**<br>**St Paul, MN  55108** | **Note** | **5,000.00** |
| **Minnesota Timberwolves**<br>**Timberwolves/Lynx Offices**<br>**600 First Avenue North**<br>**Minneapolis, MN  55403** | **Note** | **5,000.00** |
| **Fox 9**<br>**KMSP-TV**<br>**11358 Viking Drive**<br>**Eden Prairie, MN  55344** | **Note** | **5,000.00** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **May 27, 2011**          Signature:  **/s/ David Ahern**

**David Ahern, VIce President**

(Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**District of Minnesota**

IN RE:                                          Case No. **11-43417**

**New Grange, Inc.**                              Chapter **11**
_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 108,994.23 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 11,287.42 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 697,796.69 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | $ 1,076,439.23 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 22 | $ 108,994.23 | $ 1,785,523.34 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Minnesota

IN RE:                                                    Case No. **11-43417**

**New Grange, Inc.**                                       Chapter **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| **Brian Jaedike**<br>**11110 Sweetwater Path**<br>**Woodbury, MN  55129** | **50** | **Common Stockholder** |
| **David Ahern**<br>**567 Witt Court**<br>**Vadnais Heights, MN  55127** | **50** | **Common Stockholder** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **New Grange, Inc.**                                                     Case No. **11-43417**
_____                                  _____
Debtor(s)                                                                (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **New Grange, Inc.**                                                    Case No. **11-43417**
_____                                      _____
Debtor(s)                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Petty Cash** | | 300.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bremer Bank**<br>**Credit Income account, Acct. No: XXXX276** | | 34.16 |
| | | **Bremer Bank**<br>**Operating accountt, Acct No.: XXXX524** | | 0.00 |
| | | **Bremer Bank**<br>**Gordon Foods account, Acct No.: XXXX284** | | 0.43 |
| | | **Bremer Bank**<br>**TMPRI account, Acct No.: XXXX305** | | 61.73 |
| | | **Bremer Bank**<br>**Tax account, Acct No.: XXXX292** | | 7.85 |
| | | **Bremer Bank**<br>**Payroll account, Acct No.: XXXX313** | | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **General Casualty , Commerical Package**<br>**Policy No.: XXXXXX5498** | | 0.00 |
| | | **General Liability**<br>**Policy No.: XXXXXX5495** | | 0.00 |
| | | **General Liability**<br>**Policy No.: XXXXXX5498** | | 0.00 |
| | | **Workers Comp**<br>**Policy No.: XXXXXX5496** | | 0.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **New Grange, Inc.**                                        Case No. **11-43417**
_____
Debtor(s)                                                         (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | | **Liquor License** | | **0.00** |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **New Grange, Inc.**                                           Case No. **11-43417**
_____
Debtor(s)                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | **2 chairs** | | **100.00** |
| | | **Assorted printer cartridges and printer paper** | | **50.00** |
| | | **Laptop** | | **300.00** |
| | | **Printer** | | **50.00** |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **Aloha POS System** | | **2,000.00** |
| | | **Audio Equipment** | | **500.00** |
| | | **Coolers, Freezers** | | **1,000.00** |
| | | **Ice Machine, 8 years old** | | **100.00** |
| | | **Tables, Chairs, Booths** | | **4,500.00** |
| | | **TV in bar area** | | **200.00** |
| 30.  Inventory. | | **Food, Liquor, Beer, and Wine** | | **99,790.06** |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **108,994.23** |

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **New Grange, Inc.**

Case No. **11-43417**

Debtor(s)                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **New Grange, Inc.**
_____
Debtor(s)

Case No. **11-43417**
_____
(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Ally-GMAC**<br>**Ally Automotive Financing**<br>PO Box 380901<br>Bloomington, MN  55438 | | | | | | | 2,991.21 | 2,991.21 |
| | | | VALUE $ | | | | | |
| ACCOUNT NO.<br><br>**Volkswagen Credit**<br>PO Box 17497<br>Baltimore, MD  21297-1497 | | | | | | | 8,296.21 | 8,296.21 |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

_____ **0** continuation sheets attached

Subtotal
(Total of this page) $ **11,287.42** $ **11,287.42**

Total
(Use only on last page) $ **11,287.42** $ **11,287.42**

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **New Grange, Inc.**                                                    Case No. **11-43417**
_____                           _____
Debtor(s)                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)- Cont.

IN RE **New Grange, Inc.**                                                                  Case No. **11-43417**
_____                                    _____
　　　　　　　Debtor(s)                                                                     (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service<br>Centralized Insolvency<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346** | | | **Income tax** | | | | **600,000.00** | **600,000.00** | |
| ACCOUNT NO.<br>**Minnesota Department Of Revenue<br>Bankruptcy Section<br>P.O. Box 64447-BKY<br>St. Paul, MN  55164-0447** | | | **Withholding tax** | | | | **34,862.91** | **34,862.91** | |
| ACCOUNT NO.<br>**Minnesota Department Of Revenue<br>Bankruptcy Section<br>P.O. Box 64447-BKY<br>St. Paul, MN  55164-0447** | | | **Sales tax** | | | | **62,933.78** | **62,933.78** | |
| ACCOUNT NO.<br>**Washington County<br>PO Box 200<br>Stillwater, MN  55085-0200** | | | | | | | **0.00** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ **697,796.69** | $ **697,796.69** | $ |

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)　　$ **697,796.69**

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)　　$ **697,796.69**  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** New Grange, Inc.
_____
Debtor(s)

Case No. **11-43417**
_____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **9th Street Experience** <br> **5032 France Ave S** <br> **Edina, MN  55410** | | | | | | | **375.00** |
| ACCOUNT NO. <br><br> **A-Z Equipment** <br> **3804 Brickton Road** <br> **Princeton, MN  55371** | | | | | | | **1,450.81** |
| ACCOUNT NO. <br><br> **Accent Lighting & Specialities, Inc.** <br> **630 Mendelssohn Avenue North** <br> **Golden Valley, MN  55427-4306** | | | | | | | **1,320.34** |
| ACCOUNT NO. <br><br> **Advance Restaurant Finance** <br> **3 Waters Park Drive, Suiet 231** <br> **San Mateo, CA  94403** | | | | | | | **0.00** |

_____**11**_____ continuation sheets attached

Subtotal
(Total of this page) $ **3,146.15**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **New Grange, Inc.**
_____
Debtor(s)

Case No. **11-43417**
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Advanced Restaurant Finance**<br>**3 Waters Park Dr. #231**<br>**San Mateo, CA  94403-1169** | | | | | | | **195,000.00** |
| ACCOUNT NO.<br>**Al Jaedike** | | | | | | | **166,000.00** |
| ACCOUNT NO.<br>**Allianceone Receivables Management Inc**<br>**1160 Centre Pointe Dr**<br>**Mendota Heights, MN  55120** | | | | | | | **69.00** |
| ACCOUNT NO.<br>**Altemp Mechanical Inc.**<br>**404 East Broadway**<br>**Bloomington, MN  55425-5515** | | | | | | | **291.72** |
| ACCOUNT NO.<br>**ANXeBusiness Corporation**<br>**2000 Town Center, Ste 2050**<br>**Southfield, MI  48075** | | | | | | | **1,455.00** |
| ACCOUNT NO.<br>**Associated Bank**<br>**740 Marquette Avenue South**<br>**Minneapolis, MN  55402-2303** | | | | | | | **10,598.00** |
| ACCOUNT NO.<br>**Aurora Loan Services**<br>**PO Box 1706**<br>**Scottsbluff, NE  69363-1706** | | | | | | | **25,734.99** |

Sheet no. ____**1**____ of ____**11**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **399,148.71**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **New Grange, Inc.**                                                      Case No. **11-43417**
_____
                    Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Bellboy Corporation** <br> **2220 Florida Avenue South** <br> **Minneapolis, MN  55426** | | | | | | | 135.55 |
| ACCOUNT NO. <br> **Bix Produce** <br> **1415 L'Orient Street** <br> **St. Paul, MN  55117** | | | | | | | 19,224.93 |
| ACCOUNT NO. <br> **Centerpoint Energy** <br> **Attn: Bankruptcy Department** <br> **PO Box 4671** <br> **Houston, TX  77210-4671** | | | | | | | 1,412.19 |
| ACCOUNT NO. <br> **Cintas Corporation** <br> **PO Box 625737** <br> **Cincinnati, OK  45262** | | | | | | | 1,991.31 |
| ACCOUNT NO. <br> **City Lites USA, LLC** <br> **625 Marquette Ave #890** <br> **Minneapolis, MN  55402** | | | | | | | 4,610.00 |
| ACCOUNT NO. <br> **City Pages** <br> **401 North 3rd Street, Suite 550** <br> **Minneapolis, MN  55401-5050** | | | | | | | 375.00 |
| ACCOUNT NO. <br> **CMI Refrigeration** <br> **2900 Fifth Avenue South** <br> **Minneapolis, MN  55408** | | | | | | | 467.75 |

Sheet no. ____**2**___ of ___**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **28,216.73**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **New Grange, Inc.**                                                     Case No. **11-43417**
_____                      _____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Comcast**<br>**201 3rd Avenue South**<br>**Minneapolis, MN  55415** | | | | | | | 306.33 |
| ACCOUNT NO.<br>**Commercial Steam Team, Inc.**<br>**1059 Cliff Road E.**<br>**Burnsville, MN  55337** | | | | | | | 775.12 |
| ACCOUNT NO.<br>**Compliance Control, Inc**<br>**1595 Cabin Branch Drive**<br>**Landover, MD  20785** | | | | | | | 1,575.00 |
| ACCOUNT NO.<br>**Curtiss 1000**<br>**2300 Main Street**<br>**Lino Lakes, MN  55038** | | | | | | | 5,848.85 |
| ACCOUNT NO.<br>**DayMark Safety Systems**<br>**12830 S. Dixie Hwy**<br>**Bowling Green, OH  43402** | | | | | | | 260.70 |
| ACCOUNT NO.<br>**Distinctive Values**<br>**303 Harbor Lane N**<br>**Plymouth, MN  55447** | | | | | | | 2,980.00 |
| ACCOUNT NO.<br>**DMX Inc**<br>**11475 Valley View Road**<br>**Eden Prairie, MN  55344** | | | | | | | 132.73 |

Sheet no. ____**3**__ of ___**11**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    $  **11,878.73**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)        $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **New Grange, Inc.**                                    Case No. **11-43417**
_____                          _____
Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Domace Vino, LLC**<br>**106 West Water Street**<br>**St. Paul, MN  55107** | | | | | | | 5,342.00 |
| ACCOUNT NO.<br>**Ecolab**<br>**Attn: Bankruptcy Department**<br>**370 N. Wabasha Street**<br>**St. Paul, MN  55102-2203** | | | | | | | 1,470.80 |
| ACCOUNT NO.<br>**Entertainment Publications, LLC**<br>**60 Graystone Ct**<br>**Aiken, SC  29801** | | | | | | | 3,500.00 |
| ACCOUNT NO.<br>**Entertainment Publications, LLC**<br>**10250 Valley View Road, # 135**<br>**Eden Prairie, MN  55344** | | | | | | | 3,500.00 |
| ACCOUNT NO.<br>**Entertainment Publications, LLC**<br>**60 Graystone Ct**<br>**Aiken, SC  29801** | | | | | | | 3,500.00 |
| ACCOUNT NO.<br>**Espresso Services, Inc.**<br>**1026 Central Avenue Northeast**<br>**Minneapolis, MN  55413** | | | | | | | 265.47 |
| ACCOUNT NO.<br>**Fast Signs**<br>**733 Marquette Ave # 104**<br>**Minneapolis, MN  55402-2311** | | | | | | | 1,321.45 |

Sheet no. _____**4**__ of ___**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | $ | **18,899.72**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **New Grange, Inc.**                                                      Case No. **11-43417**
_____                                    _____
                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **First Data Merchant Group** **5565 Glenridge Connector NE, Suite 2000** **Atlanta, GA  30342** | | | | | | | 7,387.69 |
| ACCOUNT NO. | | | | | | | |
| **Flowerama** **10495 University Ave NE** **Blaine, MN  55434** | | | | | | | 4,897.99 |
| ACCOUNT NO. | | | | | | | |
| **Fox 9** **KMSP-TV** **11358 Viking Drive** **Eden Prairie, MN  55344** | | | | | | | 5,000.00 |
| ACCOUNT NO. | | | | | | | |
| **General Casualty** **PO Box 3109** **Milwaukee, WI  53201-3109** | | | | | | | 7,312.15 |
| ACCOUNT NO. | | | | | | | |
| **General Security Services Corporation** **9110 Meadowview Road** **Bloomington, MN  55425** | | | | | | | 179.25 |
| ACCOUNT NO. | | | | | | | |
| **Guardian Pest Solutions, Inc.** **701 East Fourth Street** **Duluth, MN  55805-2094** | | | | | | | 458.17 |
| ACCOUNT NO. | | | | | | | |
| **Hockenbergs Equipment And Supply** **701 Kasota Ave SE** **Minneapolis, MN  55414** | | | | | | | 1,611.63 |

Sheet no. _____**5**__ of ___**11**___ continuation sheets attached to                    Subtotal     $ **26,846.88**
Schedule of Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

                                                                                          Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **New Grange, Inc.**                                                  Case No. **11-43417**
_____                          _____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Holidazzle Minneapolis Downtown Council 81 SOuth 9th Street, Ste 260 Minneapolis, MN  55402** | | | | | | | **4,614.00** |
| ACCOUNT NO. **Integra Telecom 6160 Golden Hills Drive Golden Valley, MN  55416** | | | | | | | **1,185.09** |
| ACCOUNT NO. **Joan Bevaqua** | | | | | | | **234,000.00** |
| ACCOUNT NO. **Kristen Rieser** | | | | | | | **160,000.00** |
| ACCOUNT NO. **Luxury Media Group Mary-Jo Jensen Carter, Trustee 1257 Gun Club Road White Bear Lake, MN  55110** | | | | | | | **7,500.00** |
| ACCOUNT NO. **Master Repair Inc. 1550 91st Ave NE #304 Minneapolis, MN  55449** | | | | | | | **25.00** |
| ACCOUNT NO. **Meet Minneapolis 250 Marquette Ave S #1300 Minneapolis, MN  55401** | | | | | | | **3,338.00** |

Sheet no. _____**6**___ of ___**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **410,662.09**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **New Grange, Inc.**                                                                                           Case No. **11-43417**
_____
Debtor(s)                                                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Metro Retail** <br> **50 Groveland Terrace, Suite A** <br> **Minneapolis, MN  55403-1100** | | | | | | | **46,120.34** |
| ACCOUNT NO. <br> **Minneapolis Downtown Council** <br> **81 SOuth 9th Street, Ste 260** <br> **Minneapolis, MN  55401** | | | | | | | **510.00** |
| ACCOUNT NO. <br> **Minneapolis Finance Department** <br> **City Hall, Rm 325** <br> **350 South 5th St** <br> **Minneapolis, MN  55415** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Minnesota Department Of Human Services** <br> **Child Support Enforcement Division** <br> **PO Box 64946** <br> **St. Paul, MN  55164-0946** | | | | | | | **1,003.60** |
| ACCOUNT NO. <br> **Minnesota Timberwolves** <br> **Timberwolves/Lynx Offices** <br> **600 First Avenue North** <br> **Minneapolis, MN  55403** | | | | | | | **5,000.00** |
| ACCOUNT NO. <br> **Minnesota Twins** <br> **1 Twins Way** <br> **Minneapolis, MN  55403** | | | | | | | **35,623.00** |
| ACCOUNT NO. <br> **Monco Law Offices, SC** <br> **14380 West Capitol Drive** <br> **Brookfield, WI  53005** | | | | | | | **1,411.01** |

Sheet no. ____**7**__ of ___**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **89,667.95**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **New Grange, Inc.**                                            Case No. **11-43417**
_____                              _____
            Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **MSP Communications**<br>**220 South Sixth Street, Suite 500**<br>**Minneapolis, MN 55402** | | | | | | | 26,985.00 |
| ACCOUNT NO. | | | | | | | |
| **Nardini**<br>**405 County Road E W**<br>**Shoreview, MN 55126** | | | | | | | 60.25 |
| ACCOUNT NO. | | | | | | | |
| **Nemerfieger**<br>**6250 Excelsior Boulevard**<br>**Minneapolis, MN 55416** | | | | | | | 1,550.00 |
| ACCOUNT NO. | | | | | | | |
| **New France Wine**<br>**425 Minnehaha Ave W**<br>**St Paul, MN 55103** | | | | | | | 1,586.71 |
| ACCOUNT NO. | | | | | | | |
| **Northmarq** | | | | | | | 181.00 |
| ACCOUNT NO. | | | | | | | |
| **NuCo2**<br>**2800 SE Market Place**<br>**Stuart, FL 34997** | | | | | | | 512.50 |
| ACCOUNT NO. | | | | | | | |
| **Paper Roll Products**<br>**245 Marie Ave E, # 170**<br>**West St. Paul, MN 55118-4114** | | | | | | | 535.08 |

Sheet no. _____ **8** of _____ **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **31,410.54**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **New Grange, Inc.**                                                    Case No. **11-43417**
_____                                              _____
Debtor(s)                                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Philadelphia Insurance Companies** <br> **One Corporate Plaza** <br> **7400 Metro Blvd, Suite 375** <br> **Edina, MN  55439** | | | | | | | **651.00** |
| ACCOUNT NO. <br> **Prairie Electric Co** <br> **6596 Edenvale Blvd #120** <br> **Eden Prairie, MN  55346-2567** | | | | | | | **203.90** |
| ACCOUNT NO. <br> **Promotion Select** <br> **7975 Stone Creek Drive, Suite 110** <br> **Chanhassen, MN  55317** | | | | | | | **402.91** |
| ACCOUNT NO. <br> **Quicksilver Express Courier** <br> **203 Little Canada Road East** <br> **Little Canada, MN  55117** | | | | | | | **832.50** |
| ACCOUNT NO. <br> **RSVP** <br> **2535 25th Ave S** <br> **Minneapolis, MN  55406** | | | | | | | **2,895.00** |
| ACCOUNT NO. <br> **Saint Paul Saints** <br> **1771 Energy Park Drive** <br> **St Paul, MN  55108** | | | | | | | **5,000.00** |
| ACCOUNT NO. <br> **Shamrock Group Inc.** <br> **2900 5th Avenue South** <br> **Minneapolis, MN  55408-2412** | | | | | | | **371.41** |

Sheet no. _____**9**___ of ___**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,356.72**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **New Grange, Inc.**                                    Case No. **11-43417**
_____                      _____
Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Skjold-Barthel** **222 9th Street South, #3220** **Minneapolis, MN  55402-3398** | | | | | | | 20,195.32 |
| ACCOUNT NO. | | | | | | | |
| **Small Business Consulting** **8701 Hillview Drive East** **St. Bonifacius, MN  55375** | | | | | | | 5,288.00 |
| ACCOUNT NO. | | | | | | | |
| **Southern Wines & Spirits Of America** **1600 N.W. 163rd Street** **Miami, FL  33169** | | | | | | | 808.00 |
| ACCOUNT NO. | | | | | | | |
| **St. Paul Saints** **1771 Energy Park Drive** **St. Paul, MN  55108-2720** | | | | | | | 5,000.00 |
| ACCOUNT NO. | | | | | | | |
| **Susan McDonough** **7434 93rd Street SW** **Howard Lake, MN  55349** | | | | | | | 200.00 |
| ACCOUNT NO. | | | | | | | |
| **Tax Masters** **900 Town & Country Lane, Suite 400** **Houston, TX  77024** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **The Wine Company** **425 West Minnehaha Ave** **St. Paul, MN  55103** | | | | | | | 794.50 |

Sheet no. ____**10** of ____**11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **32,285.82**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **New Grange, Inc.**
_____
Debtor(s)

Case No. **11-43417**
_____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Tiger Oak Publications** <br> **900 South 3rd Street** <br> **Minneapolis, MN  55415** | | | | | | | 5,265.69 |
| ACCOUNT NO. <br> **Total Refrigeration Services** <br> **949 Concord Street South** <br> **South St Paul, MN  55075** | | | | | | | 2,196.36 |
| ACCOUNT NO. <br> **US Food Service** <br> **9605 54th Avenue North** <br> **Plymouth, MN  55442-1946** | | | | | | | 1,414.77 |
| ACCOUNT NO. <br> **Wirtz Beverage Group** <br> **489 Prior Ave N** <br> **St Paul, MN  55104** | | | | | | | 1,928.12 |
| ACCOUNT NO. <br> **Xcel Energy** <br> **P.O. Box 9477** <br> **Minneapolis, MN  55484-9477** | | | | | | | 3,114.25 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____**11**___ of _____**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 13,919.19

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ 1,076,439.23

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **New Grange, Inc.**                                            Case No. **11-43417**
_____                                    _____
Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Metro Retail**<br>**50 Groveland Terrace, Suite A**<br>**Minneapolis, MN  55403-1100** | **Contract to lease space in which the restaurant is located** |
| **The Melting Pot Restaurants, Inc.**<br>**8810 Twin Lakes Blvd**<br>**Tampa, FL  33614** | **Franchise Agreement** |
| **Ecolab**<br>**370 N. Wabasha Street**<br>**St. Paul, MN  55102-2203** | **Lease for dishwasher and bar washer used in the restaurant** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **New Grange, Inc.**                                                    Case No. **11-43417**
_____                        _____
Debtor(s)                                                                            (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

United States Bankruptcy Court
District of Minnesota

IN RE:                                                                    Case No. **11-43417**

**New Grange, Inc.**                                                      Chapter **11**
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 1,084,168.74 | YTD apprx |
| 3,307,550.00 | 2010 approx |
| 2,918,981.00 | 2009 |

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None  **b. Debtor whose debts are not primarily consumer debts:** List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.\* If the debtor is an individual, indicate with an asterisk (\*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None  **c. All debtors:** List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **St Jude Children's Hospital Memphis, TN** | **none** | **December 31, 2010** | **$5633.32 Charitable Donation** |
| **Minnesota Foodshare** | **none** | **April 15, 2011** | **$1346.00 Charitable Donation** |
| **Operation Glass Slipper** | **none** | **May 10, 2011** | **$1332.00 Charitable Donation** |

## 8. Losses

None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF<br>PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|
| **Morris Law Group, P.A.**<br>**7241 Ohms Lane, Ste. 275**<br>**Edina, MN  55439** | **May 13, 2011** | **15,000.00** |

**10. Other transfers**

None ☑   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑   List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Small Business Consulting**<br>**8701 Hillview Drive East**<br>**St. Bonifacius, MN  55375** | **September 2009 - May 2011** |

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

## 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market, or other basis) |
|---|---|---|
| **April 30, 2011** | **David Ahern** | **At cost: Food: $8784.98, Beer: $182.42, Liquor: $3868.70, Wine: $87,953.26** |
| **March 31, 2011** | **David Ahern** | **At cost: Food: $9961.36, Beer: $220.49, Liquor: $3882.98, Wine: $92,800.74** |

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

DATE OF INVENTORY
**April 30, 2011 and March 31, 2011**

NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS
**David Ahern**
**567 Witt Court**
**Vadnais Heights, MN  55127**

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Brian Jaedike** **11110 Sweetwater Path** **Woodbury, MN  55129** | **President and Treasurer** | **50%** |
| **David Ahern** **567 Witt Court** **Vadnais Heights, MN  55127** | **Vice President and Secretary** | **50%** |

---

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

---

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

---

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.


Date: **May 27, 2011**                    Signature: ***/s/ David Ahern***

                    **David Ahern, Vice President**
                                        Print Name and Title


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ **0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Minnesota

IN RE:                                                    Case No. **11-43417**

**New Grange, Inc.**                                       Chapter **11**
Debtor(s)

## STATEMENT OF COMPENSATION BY ATTORNEY FOR DEBTOR(S)

The undersigned, pursuant to Local Rule 1007-1, Bankruptcy Rule 2016(b) and § 329(a) of the Bankruptcy Code, states that:

1.  The undersigned is the attorney for the debtor(s) in this case and files this statement as required by applicable rules.

2.  (a) The filing fee paid by the undersigned to the clerk for the debtor(s) in this case is: . . . . . . . . . . .  $ _____ **1,039.00**

    (b) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:  . . . . . . . . . $ _____ **250.00/hr**

    (c) Prior to filing this statement, the debtor(s) paid to the undersigned: . . . . . . . . . . . . . . . . . . . . . $ _____ **15,000.00**

    (d) The unpaid balance due and payable by the debtor(s) to the undersigned is: . . . . . . . . . . . . . . $ _____

3.  The services rendered or to be rendered include the following:

    (a) analysis of the financial situation and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11 of the United States Code;

    (b) preparation and filing of the petition, exhibits, attachments, schedules, statements and lists and other documents required by the court;

    (c) representation of the debtor(s) at the meeting of creditors;

    (d) negotiations with creditors; and

    (e) other services reasonably necessary to represent the debtor(s) in this case.

4.  The source of all payments by the debtor(s) to the undersigned was or will be from earnings or other current compensation of the debtor(s), and the undersigned has not received and will not receive any transfer of property other than such payments by the debtor(s), except as follows:

5.  The undersigned has not shared or agreed to share with any other person other than with members of undersigned's law firm any compensation paid or to be paid.

Dated: **May 27, 2011** _____        **/s/ Ann Johnson** _____
                                               Attorney for Debtor(s)
                                               **Ann Johnson 0390400**
                                               **MLG Bankruptcy Group, PLLC.**
                                               **7241 Ohms Lane, Suite 275**
                                               **Edina, MN  55439**
                                               **(952) 841-0000  Fax: (952) 832-0020**
                                               **ajohnson@morrislawmn.com**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Minnesota

IN RE:                                                    Case No. **11-43417**

**New Grange, Inc.**                                      Chapter **11**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **May 27, 2011**          Signature: */s/ David Ahern*

                                **David Ahern, Vice President**                      Debtor

Date: _____          Signature: _____

                                                                    Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

9th Street Experience
5032 France Ave S
Edina, MN   55410


A-Z Equipment
3804 Brickton Road
Princeton, MN   55371


Accent Lighting & Specialities, Inc.
630 Mendelssohn Avenue North
Golden Valley, MN   55427-4306


Advance Restaurant Finance
3 Waters Park Drive, Suiet 231
San Mateo, CA   94403


Advanced Restaurant Finance
3 Waters Park Dr. #231
San Mateo, CA   94403-1169


Allianceone Receivables Management Inc
1160 Centre Pointe Dr
Mendota Heights, MN   55120


Ally-GMAC
Ally Automotive Financing
PO Box 380901
Bloomington, MN   55438


Altemp Mechanical Inc.
404 East Broadway
Bloomington, MN   55425-5515


ANXeBusiness Corporation
2000 Town Center, Ste 2050
Southfield, MI   48075

Associated Bank
740 Marquette Avenue South
Minneapolis, MN  55402-2303


Aurora Loan Services
PO Box 1706
Scottsbluff, NE  69363-1706


Bellboy Corporation
2220 Florida Avenue South
Minneapolis, MN  55426


Bix Produce
1415 L'Orient Street
St. Paul, MN  55117


Centerpoint Energy
Attn: Bankruptcy Department
PO Box 4671
Houston, TX  77210-4671


Cintas Corporation
PO Box 625737
Cincinnati, OK  45262


City Lites USA, LLC
625 Marquette Ave #890
Minneapolis, MN  55402


City Pages
401 North 3rd Street, Suite 550
Minneapolis, MN  55401-5050


CMI Refrigeration
2900 Fifth Avenue South
Minneapolis, MN  55408

Comcast
201 3rd Avenue South
Minneapolis, MN  55415


Commercial Steam Team, Inc.
1059 Cliff Road E.
Burnsville, MN  55337


Compliance Control, Inc
1595 Cabin Branch Drive
Landover, MD  20785


Curtiss 1000
2300 Main Street
Lino Lakes, MN  55038


DayMark Safety Systems
12830 S. Dixie Hwy
Bowling Green, OH  43402


Distinctive Values
303 Harbor Lane N
Plymouth, MN  55447


DMX Inc
11475 Valley View Road
Eden Prairie, MN  55344


Domace Vino, LLC
106 West Water Street
St. Paul, MN  55107


Ecolab
Attn: Bankruptcy Department
370 N. Wabasha Street
St. Paul, MN  55102-2203

Ecolab
370 N. Wabasha Street
St. Paul, MN  55102-2203


Entertainment Publications, LLC
60 Graystone Ct
Aiken, SC  29801


Entertainment Publications, LLC
10250 Valley View Road, # 135
Eden Prairie, MN  55344


Espresso Services, Inc.
1026 Central Avenue Northeast
Minneapolis, MN  55413


Fast Signs
733 Marquette Ave # 104
Minneapolis, MN  55402-2311


First Data Merchant Group
5565 Glenridge Connector NE, Suite 2000
Atlanta, GA  30342


Flowerama
10495 University Ave NE
Blaine, MN  55434


Fox 9
KMSP-TV
11358 Viking Drive
Eden Prairie, MN  55344


General Casualty
PO Box 3109
Milwaukee, WI  53201-3109

General Security Services Corporation
9110 Meadowview Road
Bloomington, MN  55425


Guardian Pest Solutions, Inc.
701 East Fourth Street
Duluth, MN  55805-2094


Hockenbergs Equipment And Supply
701 Kasota Ave SE
Minneapolis, MN  55414


Holidazzle
Minneapolis Downtown Council
81 SOuth 9th Street, Ste 260
Minneapolis, MN  55402


Integra Telecom
6160 Golden Hills Drive
Golden Valley, MN  55416


Internal Revenue Service
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA  19101-7346


Luxury Media Group
Mary-Jo Jensen Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN  55110


Master Repair Inc.
1550 91st Ave NE #304
Minneapolis, MN  55449

Meet Minneapolis
250 Marquette Ave S #1300
Minneapolis, MN  55401


Metro Retail
50 Groveland Terrace, Suite A
Minneapolis, MN  55403-1100


Minneapolis Downtown Council
81 SOuth 9th Street, Ste 260
Minneapolis, MN  55401


Minneapolis Finance Department
City Hall, Rm 325
350 South 5th St
Minneapolis, MN  55415


Minnesota Department Of Human Services
Child Support Enforcement Division
PO Box 64946
St. Paul, MN  55164-0946


Minnesota Department Of Revenue
Bankruptcy Section
P.O. Box 64447-BKY
St. Paul, MN  55164-0447


Minnesota Timberwolves
Timberwolves/Lynx Offices
600 First Avenue North
Minneapolis, MN  55403


Minnesota Twins
1 Twins Way
Minneapolis, MN  55403

Monco Law Offices, SC
14380 West Capitol Drive
Brookfield, WI   53005


MSP Communications
220 South Sixth Street, Suite 500
Minneapolis, MN   55402


Nardini
405 County Road E W
Shoreview, MN   55126


Nemerfieger
6250 Excelsior Boulevard
Minneapolis, MN   55416


New France Wine
425 Minnehaha Ave W
St Paul, MN   55103


NuCo2
2800 SE Market Place
Stuart, FL   34997


Paper Roll Products
245 Marie Ave E, # 170
West St. Paul, MN   55118-4114


Philadelphia Insurance Companies
One Corporate Plaza
7400 Metro Blvd, Suite 375
Edina, MN   55439


Prairie Electric Co
6596 Edenvale Blvd #120
Eden Prairie, MN   55346-2567

Promotion Select
7975 Stone Creek Drive, Suite 110
Chanhassen, MN  55317


Quicksilver Express Courier
203 Little Canada Road East
Little Canada, MN  55117


RSVP
2535 25th Ave S
Minneapolis, MN  55406


Saint Paul Saints
1771 Energy Park Drive
St Paul, MN  55108


Shamrock Group Inc.
2900 5th Avenue South
Minneapolis, MN  55408-2412


Skjold-Barthel
222 9th Street South, #3220
Minneapolis, MN  55402-3398


Small Business Consulting
8701 Hillview Drive East
St. Bonifacius, MN  55375


Southern Wines & Spirits Of America
1600 N.W. 163rd Street
Miami, FL  33169


St. Paul Saints
1771 Energy Park Drive
St. Paul, MN  55108-2720

Susan McDonough
7434 93rd Street SW
Howard Lake, MN  55349


Tax Masters
900 Town & Country Lane, Suite 400
Houston, TX  77024


The Melting Pot Restaurants, Inc.
8810 Twin Lakes Blvd
Tampa, FL  33614


The Wine Company
425 West Minnehaha Ave
St. Paul, MN  55103


Tiger Oak Publications
900 South 3rd Street
Minneapolis, MN  55415


Total Refrigeration Services
949 Concord Street South
South St Paul, MN  55075


US Food Service
9605 54th Avenue North
Plymouth, MN  55442-1946


Volkswagen Credit
PO Box 17497
Baltimore, MD  21297-1497


Washington County
PO Box 200
Stillwater, MN  55085-0200

```
Wirtz Beverage Group
489 Prior Ave N
St Paul, MN  55104


Xcel Energy
P.O. Box 9477
Minneapolis, MN  55484-9477
```