New Grange, Inc
Balance Sheet
May 13, 2011

## ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
|     Cash - Bremer | 4,194 | |
|     Accounts Receivables | 7,848 | |
|     Inventories | 99,790 | |
| | | |
| **Total Current Assets** | | 111,832 |
| | | |
| **Property and Equipment** | | |
|     Buildings and Other Depreciable Assets | 156,130 | |
| **Total Property and Equipment** | | 156,130 |
| | | |
| **Total Assets** | | 267,962 |

## LIABILITIES AND CAPITAL

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
|     Accounts Payable | 1,097,659 | |
| **Total Current Liabilities** | | 1,097,659 |
| | | |
| **Long-Term Liabilities** | | |
|     Long-Term ARF | 195,000 | |
| **Total Long-Term Liabilities** | | 195,000 |
| | | |
| **Total Liabilities** | | 1,292,659 |
| | | |
| **Capital** | | |
|     Capital Stock | 1 | |
|     Retained Earnings | -1,024,698 | |
| **Total Capital** | | -1,024,697 |
| | | |
| **Total Liabilities and Capital** | | 267,962 |